UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:15CR00509 SNLJ |
| AARON GILMORE, | ) ) ) |
| Defendant. | ) ) |

## ORDER

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge David D. Noce [ECF 50], filed March 31, 2016 and supplemental report and recommendation [ECF 63], filed May 10, 2016 be and are **SUSTAINED, ADOPTED** and **INCORPORATED** herein, except that part of the report and recommendation addressing the validity of the police stop of John Gilmore. This Court, consistent with the U. S. Magistrate Judge's finding, specifically finds that John Gilmore's consent to search was knowing and voluntary.

**IT IS HEREBY ORDERED** that Defendant's Motions to Suppress Evidence and Statements [ECF 11 and 39] be **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Seizure Warrants [ECF 42] be **DENIED.**

Dated this 24th day of June, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE